United States District Court
Southern District of Texas
**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE ANGEL RIVERA, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-136 |
| | § | |
| TEXAS BOARD OF PARDONS & PAROLES, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 10). The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. Petitioner filed objections to the M&R.[1] (D.E. 12). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which the Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the Court **OVERRULES** Plaintiff's objections (D.E. 12). Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 10).

(2) **DISMISSES** Plaintiff's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, pursuant to the screening provisions in Rule 4 of the Rules Governing Section 2254 Cases.

---

[1] It appears that Petitioner did not timely file his objections. *See* (D.E. 10, p. 6; D.E. 11; D.E. 12, p. 6). Nevertheless, the Court will consider the objections. (D.E. 12).

The Clerk of Court is **DIRECTED** to close this case.

      SO ORDERED.

                                                  DAVID S. MORALES
                                                  UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
          January 7, 2021